STJ 546-8248 6/30/14

FILED
JUN 30 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY cp DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
DEANDRE SIMMONS (1),
DESHAWN ROBINSON (2)
Defendant.

Case No.: '14 MJ 2292

COMPLAINT FOR VIOLATIONS OF

Title 18, U.S.C. §1591- Sex Trafficking of a Minor

The undersigned Complainant, being duly sworn, states:

On or about June 21st, 2014 thru June 25th, 2014, within the Southern District of California, and in and affecting interstate and foreign commerce, defendants DEANDRE SIMMONS and DESHAWN ROBINSON, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a person, to wit: a female minor (age – 17) knowing and in reckless disregard of the fact that the person (1) would be caused to engage in a commercial sex act; and (2) having a reasonable opportunity to observe the person and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years; in violation of Title 18, United States Code, Section 1591.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Det. Marc Jose, SDPD Detective
Special Deputy-U.S. Marshal

Sworn to me and subscribed in my presence this 30th day of June 2014.

HON. KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On June 25th, 2014, San Diego Police Department Sgt. D. Winker observed MF loitering in the area of 3300 El Cajon Blvd, San Diego. This area of El Cajon Blvd is a known area where prostitutes frequently work. Sgt. Winker observed two black males, later identified as Deandre Simmons and Deshawn Robinson following behind MF. Sergeant Winker believed MF to be underage and notified the San Diego Police Vice Unit. SDPD Detective B. Olsen who was working in plain clothes and in an unmarked vehicle attempted to solicit MF for prostitution on the south sidewalk of 3300 El Cajon Blvd. MF approached Detective Olsen's vehicle and looked at him, then turned and walked back to Simmons and Robinson. Detective Olsen believed MF was loitering in the area for the purposes of prostitution. He also believed Simmons and Robinson, who were watching MF the whole time, were trafficking MF. Detective Olsen and assisting detectives then interviewed all three individuals.

During the preliminary interview MF told Detectives she was 17 years old and that she was from Sacramento. MF told Detectives that she was on vacation in San Diego celebrating her birthday with her stepbrother Deshawn Robinson, and her cousin Deandre Simmons. A records check revealed Simmons was on parole for robbery and Robinson had an outstanding warrant for his arrest out of Sacramento. Detective Bales called Simmons' parole agent who told him

Simmons did not have permission to be in San Diego and he placed a parole hold on Simmons. Both Simmons and Robinson were arrested and taken into custody.

Detective Haughey called MF's mother who stated she did not know where MF was and she did not know Simmons or Robinson. MF stated she was staying at the Days Inn Hotel in room #117 with Simmons and Robinson. Simmons and Robinson confirmed they were staying in the same room as MF. Detective Haughey checked the hotel registry which showed Robinson was registered in room #117. MF was arrested for loitering for the purposes of prostitution. SDPD Detectives went to the Days Inn Hotel and searched room #117 based on Simmons parole status, Robinson's 4th waiver status, and Robinson's consent.

During the search of the hotel room, Detectives found clothing belonging to MF, Simmons, and Robinson. Detective Haughey also found three used condoms in the bathroom trash can along with the packaging. The condom packaging was the same brand as the unused condoms MF was carrying in her purse.

MF, Simmons, and Robinson were transported to Police Headquarters. During a post admonishment interview MF stated she has known both Simmons and Robinson all her life and Simmons and Robinson both know she is 17 years old. MF said she was working as a prostitute for approximately two weeks prior to coming to San Diego. During those two weeks she had given Simmons two to

three hundred dollars from her prostitution proceeds and Simmons had provided MF with Condoms.

On June 21st, 2014 Simmons, Robinson and MF came to San Diego on the Amtrack. MF said Simmons and Robinson paid for her train ticket. When they arrived in San Diego they met a white male "Chuck" who drove them to their hotel room and later paid MF $45 to perform oral sex on him. MF gave the $45 to Robinson. On June 23, 2014 Simmons and Robinson both took nude photographs of MF which were used on escort advertisements for MF on the escort website known as Myredbook.com. While staying in the Days Inn hotel room MF had three dates for sexual acts and she made approximately $300. MF gave the money to Simmons.

During a post-Miranda interview Simmons stated both he and Robinson have known MF for several months and that she was working as a prostitute out of their hotel room. Simmons said MF gave both he and Robinson and money she made from prostituting in the hotel room. Simmons also stated both he and Robinson knew MF was 17 years old when they brought her to San Diego. Simmons also stated he knew MF was walking on El Cajon Boulevard for the purposes of prostitution.